**YAMASSEE INDIAN TRIBE,**
Plaintiff–Appellant,

v.

**ALLENDALE COUNTY GOVERN-MENT; Mr. Walter H. Sanders, Jr.; Harvey E. Rouse, Tax Assessor; Joe Mole, III; Ms. Thessa Smith; Calvin Brantley; Elouise Brantley,** Defendants–Appellees.

No. 14–1885.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 21, 2015.

Decided: Jan. 28, 2015.

Yamassee Indian Tribe, Appellant pro se. Norma Anne Turner Jett, Ness & Jett, LLC, Bamberg, South Carolina; Angus Macauly Lawton, Erica Bedenbaugh McElreath, Jared Cyle Williams, Lawton Law Office, LLC, Mount Pleasant, South Carolina, for Appellees.

Before KING, GREGORY, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yamassee Indian Tribe appeals the district court's order accepting the recommendation of the magistrate judge and dismssing its civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Yamassee Indian Tribe v. Allendale Cnty. Gov't,* No. 1:13–cv–01577–TLW, 2014 WL 4101217 (D.S.C. Aug. 15 & 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*